EMARD, DANOFF, PORT & TAMULSKI, LLP
ERIC DANOFF, SBN 60915
49 Stevenson Street, Suite 400
San Francisco, California 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255

Attorneys for Defendant,
AMERICAN SHIP MANAGEMENT

LAW OFFICES OF LYLE C. CAVIN, JR.
CHRISTOPHER W. GOODROE, SBN 224386
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209

Attorneys for Plaintiff
REACHELL ARMSTRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REACHELL ARMSTRONG,<br><br>            Plaintiff,<br><br>    vs.<br><br>AMERICAN SHIP MANAGEMENT, LLC,<br><br>            Defendant. | Case No. C-05-3078-CW<br><br>**STIPULATION AND (PROPOSED) ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

The parties to the above-entitled action, by and through their respective attorneys herein, hereby stipulate and respectfully request the Court to order a continuance of the Case Management Conference presently set for December 2, 2005 to January 27, 2006. The parties have reached a tentative settlement and request the continuance to allow time to finalize said settlement.

---

1

Stipulation and Proposed Order For Continuance of Case Management Conference (Case No. C-05-3078-CW)

| | | |
|---|---|---|
| 1 | Dated: November 30, 2005 | EMARD, DANOFF, PORT & TAMULSKI, LLP |
| 2 | | By  /s/ |
| 3 | | Eric Danoff<br>Attorney for Defendant<br>American Ship Management |
| 4 | | |
| 5 | Dated: November 30, 2005 | LAW OFFICES OF LYLE C. CAVIN, JR. |
| 6 | | By  /s/ |
| 7 | | Christopher W. Goodroe<br>Attorney for Plaintiff<br>Reachell Armstrong |

IT IS SO ORDERED.

Dated: 12/1/05

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Claudia Wilken*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA