LAW OFFICES OF LYLE C. CAVIN, JR.
CHRISTOPHER W. GOODROE, SBN 224386
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: (510) 444-2501
Facsimile: (510) 444-4209

Attorneys for Plaintiff
REACHELL ARMSTRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REACHELL ARMSTRONG, | Case No. C-05-3078-CW |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| AMERICAN SHIP MANAGEMENT, LLC, | |
| Defendant. | |

This case having been fully compromised and settled, the parties hereby stipulate pursuant to F. R. C. P. Rule 41(a)(1) and request the Court to order that this action be dismissed with prejudice, each party to bear its own costs.

Dated: December 27, 2005     EMARD, DANOFF, PORT & TAMULSKI, LLP

By_____/s/_____
Eric Danoff
Attorney for Defendant
American Ship Management

Dated: December 27, 2005     LAW OFFICES OF LYLE C. CAVIN, JR.

By_____/s/_____
Christopher W. Goodroe
Attorney for Plaintiff
Reachell Armstrong

Stipulation Order of Dismissal of Action with Prejudice (Case No. C-05-3078-CW)

1   IT IS SO ORDERED.

2                                               /s/ CLAUDIA WILKEN

3   Dated:   1/10/06
                                                _____
4                                               UNITED STATES DISTRICT JUDGE

_____
Stipulation Order of Dismissal of Action with Prejudice (Case No. C-05-3078-CW)
                                          2